## GUARANTY TRUST CO. OF NEW YORK v. GRIFFITHS.

(Supreme Court, Appellate Division, First Department.  March 6, 1903.)

1. TRIAL—CALENDAR—LENGTH OF TRIAL.
  When a trial will "necessarily" occupy more than two hours, the court, in the exercise of its discretion, should send the case to the foot of the general calendar.

Appeal from trial term, New York county.

Action by the Guaranty Trust Company of New York against William J. Griffiths.  From an order placing the action on the preferred calendar for trial, defendant appeals.  Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, O'BRIEN, and INGRAHAM, JJ.

Adam Frank, for appellant.

Julien T. Davies, Jr., for respondent.

PER CURIAM.  We are of the opinion that, upon the facts presented, we ought not to interfere with the discretion exercised by the court at Special Term in placing this action on the preferred calendar for trial.  If the trial, however, necessarily occupies more than two hours, as the attorney for the appellant contends it will, then the trial court should exercise the discretion which it has, and send the case to the foot of the general calendar.

The order appealed from is affirmed, with $10 costs and disbursements.